**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANDREW RAPPAPORT,
TRACEY BRIDGES,

        Plaintiffs,

vs.                                                                          CASE NO. 6:07-CV-468-ORL-19DAB

EMBARQ MANAGEMENT
COMPANY,

        Defendant.

_____

<u>ORDER</u>

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 73, filed September 4, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 73) is **ADOPTED and AFFIRMED.**  The Ore Tenus Motion to Withdraw Consents to Join (Doc. Nos. 37-38, 40-45) is **GRANTED**, and the consents are withdrawn without prejudice.  The settlement, in view of the amount of the claim and the asserted defenses, is appropriate in this case and is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues.  The Plaintiff's acceptance of the Offer of Judgment is **APPROVED.**

This case shall proceed to trial solely on the remaining claim of co-Plaintiff, Tracey Bridges.

**DONE AND ORDERED** at Orlando, Florida, this ___22nd___ day of September, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record