**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANDREW RAPPAPORT, and
TRACEY BRIDGES,

      Plaintiffs,

vs.                                                 CASE NO. 6:07-CV-468-ORL-19DAB

EMBARQ MANAGEMENT COMPANY,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 88, filed October 3, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 88) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement (Doc. No. 86, filed October 2, 2008) is **GRANTED** and the settlement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___16th___ day of October, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record